UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGION 3 & 9
Maggie McGee, Esquire
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
E-mail: Maggie.mcgee@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : Case No. 20-12043 (MBK) |
| Log Storm Security, Inc., | : Chapter 11 |
| | : Honorable Michael B. Kaplan |
| Debtor. | : Hearing Date: March 4, 2021 at 10:00 a.m. |

**OBJECTION OF THE UNITED STATES TRUSTEE
TO NOTICE OF INTENTION TO CLOSE CASE**

The United States Trustee, by and through counsel, in furtherance of his duties and responsibilities under 28 U.S.C. § 586(a)(3) and (5), submits this Objection to the Clerk's Notice of Intention to Close Case.

1. On February 6, 2020, the above-captioned Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code. ECF No. 1.

2. On September 1, 2020, the Court entered an order confirming the Debtor's chapter 11 plan of reorganization. ECF No. 160.

3. On February 1, 2021, the Clerk of the Bankruptcy Court filed a notice of intention to close the case. ECF No. 216.

4. In order for a case to close, the Court must determine that the estate has been fully

administered:

> After an estate is fully administered and the court has discharged the trustee, the court shall close the case.

11 U.S.C. § 350(a).

5. If the Court determines that the estate is fully administered, the Court is required to enter a final decree closing the case:

> After an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case.

Fed. R. Bankr. P. 3022.

6. The Debtor is obligated to file post-confirmation quarterly reports and to pay quarterly fees under 28 U.S.C. § 1930(a)(6):

> ... a quarterly fee shall be paid to the United States trustee, for deposit in the Treasury, in each case under chapter 11 of title 11 for each quarter (including any fraction thereof) until the case is converted or dismissed, whichever occurs first...

28 U.S.C. § 1930(a)(6).

7. This case can only be fully administered pursuant to 11 U.S.C. § 350 if all reports are filed, and all quarterly fees are paid up to the date the Court closes this case.

8. Further, D.N.J. LBR 3021-1(d) requires a report to be filed after each plan distribution is made.

9. The Debtor has not filed any post-confirmation reports.

10. The Debtor also currently owes $2,925 in estimated quarterly fees.

For the foregoing reasons, the United States Trustee respectfully requests that the above-captioned case not be closed until the Debtor files the required post-confirmation quarterly

reports, pays any outstanding quarterly fees, and files any distribution reports required by the local rules.

                         ANDREW R. VARA
                         UNITED STATES TRUSTEE
                         REGION 3

                     By: /s/ Maggie McGee
                        Maggie McGee
                        Trial Attorney

Dated: March 1, 2021