**STARK & STARK**
A Professional Corporation
Joseph H. Lemkin, Esq.
P.O. Box 5315
Princeton NJ 08543-5315
Tel: 609-791-7022
Facsimile: 609-895-7395
*Castle Shield Holdings, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Log Storm Security, Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-12043 (MBK)<br><br>Hearing Date: May 27, 2021 |

### CERTIFICATION IN SUPPORT OF OMNIBUS OBJECTION TO CERTAIN UNSUPPORTED CLAIMS

I, Jeffrey T. Roney, hereby certify as follows:

1. I am the Managing Member of the General Partner of Castle-Shield Holdings, LP ("Castle Shield"). I submit this certification in support of Castle Shield's Omnibus Objection to Certain Unsupported Claims (the "Objection"). I am duly authorized to make this Declaration on behalf of Castle Shield. I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

2. I submit this Certification for all permissible purposes under the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence in support of the Objection. I have read the Objection, and am directly, or by and through Castle Shield's advisors, familiar with the information contained therein and in the Proposed Order submitted therewith.

4817-9318-8581, v. 2

3. In connection with Castle Shield's claim reconciliation process, I have determined that each of the Disputed Claims identified in the Objection should be disallowed and expunged for the reasons set forth in the Objection.

4. Accordingly, to prevent the claimants from receiving an unwarranted recovery to the detriment of holders of allowed claims, I believe that the Proposed Order disallowing and expunging the Disputed Claims listed on <u>Exhibit A</u> to the Proposed Order should be granted.

I hereby certify that the foregoing statements made by me are true. I am aware if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: April 13, 2021

*/s/ Jeffrey T. Roney*
Jeffrey T. Roney

4817-9318-8581, v. 2