**STARK & STARK**
A Professional Corporation
Joseph H. Lemkin, Esq.  (JL-2490)
P.O. Box 5315
Princeton NJ 08543-5315
Tel: 609-791-7022
Facsimile: 609-895-7395
*Castle Shield Holdings, LLC*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: <br><br> Log Storm Security, Inc., <br><br> Debtor. | Chapter 11 <br><br> Case No.  20-12043 (MBK) <br><br><br> **Re:  Docket No. _____** |

### ORDER GRANTING CASTLE SHIELD HOLDING LLC'S
### OMNIBUS OBJECTION TO UNSUPPORTED CLAIMS

The relief set forth on the following pages two (2) through three (3) is hereby ORDERED:

Page: 2
Debtor: Log Storm Security, Inc.
Case No.: 20-12043 (MBK)
Order Granting Castle Shield Holding, LLC'S Omnibus Objection to Unsupported Claims

---

Upon the omnibus objection (the "<u>Objection</u>")[1] of Castle Shield Holdings, LLC seeking entry of an order, pursuant to sections 105(a) and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2, disallowing and expunging the claims set forth on <u>Exhibit </u>A hereto (the "<u>Disputed Claims</u>") for the reasons set forth in the Objection; and the Court having jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Objection being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Objection has been given and that no other or further notice is necessary; and upon the record herein; and the Court having determined that the relief sought by the Objection is in the best interests of the Debtor, its estate, and creditors; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Objection is **GRANTED** as set forth herein.

2. The Disputed Claims listed on <u>Exhibit A</u> attached to this Order are hereby disallowed and expunged.

3. Castle Shield is authorized to take any and all actions that are necessary or

---

[1] Capitalized terms herein in shall have the same meaning as ascribed in the Objection, unless otherwise noted.

4816-4658-4549, v. 2

Page: 3
Debtor: Log Storm Security, Inc.
Case No.: 20-12043 (MBK)
Order Granting Castle Shield Holding, LLC'S Omnibus Objection to Unsupported Claims

appropriate to give effect to this Order

4. The objection to each claim and / or scheduled amount addressed in the Objection and as set forth on <u>Exhibit A</u> attached hereto constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each Disputed Claim that is the subject of the Objection and this Order. Any stay of this Order pending appeal relating to any Disputed Claim subject to this Order shall only apply to the contested matter that involves such Disputed Claim and shall not stay the applicability and/or finality of this Order with respect to any other contested matters addressed in the Objection and this Order.

5. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Objection or is otherwise waived.

6. Notwithstanding the applicability of any of the Bankruptcy Rules or Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from this Order.

# EXHIBIT A

# Log Storm Security, Inc.
# Schedule "A"
# Omnibus Claim Objection

| Name | Claim / Scheduled Amount to Be Disallowed and Expunged | Asserted/Scheduled Amount |
|---|---|---|
| Sutez Ltd Penny Farthing Alcester Road Wootton Wawen, B9 6BQ United Kingdom | Schedule 3.54 | $107,915.87 |
| Nirav Timbadia 7719 Amberdale Ln. Frisco, TX 75034 | Schedule 2.21 | $97,500 |
| Polova Services Inc. 14 Emerald Lane Old Bridge, NJ 08857 | Schedule 2.8 | $85,000 |
| Denae Dalia 14 Emerald Lane Old Bridge, NJ 08857 | Schedule 2.10 | $62,500 |
| Denae Dalia 14 Emerald Lane Old Bridge, NJ 08857 | Schedule 3.19 | $34.29 |
| Dale Cline 41 Lake Ridge Rd Bolton Landing, NY 12814 | Schedule 2.7 | $62,750 |
| Jennifer Billiu 8 Old Park Road Tuxedo Park, NY 10987 | Schedule 2.16 | $7,500 |
| Andrew C. Gleason 353 Tavistock Drive Medford, NJ 08055 | Schedule 2.2 | $41,662.50 |
| Andrew C. Gleason 353 Tavistock Drive Medford, NJ 08055 | Schedule 3.1 | $260.14 |