

290 W. Mt. Pleasant Ave., Suite 2350, Livingston, NJ 07039

**Robert S. Roglieri, Esq.**
rroglieri@trenkisabel.law
(973) 533-1044

July 1, 2021

**VIA ECF ONLY**
Honorable Michael B. Kaplan, Chief Judge
United States Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608

    **Re:**    **Log Storm Security, Inc.**
            **Chapter 11 Case No. 20-12043 (MBK)**

Dear Chief Judge Kaplan:

    This firm is in receipt of the Office of the United States Trustee's (the "U.S. Trustee") *Motion for an Order Converting or, in the Alternative, Dismissing the Case Pursuant to 11 U.S.C. § 1112(b)* (the "Motion") filed in the chapter 11 bankruptcy case of Log Storm Security, Inc. (the "Liquidated Debtor"). [ECF 230]. The Motion's certification of service purports to serve Trenk Isabel P.C. ("Trenk Isabel") as "Counsel for Debtor." [ECF 230-5]. Please allow this letter to confirm that Trenk Isabel P.C. **does not** represent the Liquidated Debtor.

    On March 11, 2020, this Court entered an order granting the Liquidated Debtor's application to retain McManimon, Scotland & Baumann, LLC ("MSB") as counsel to the Liquidated Debtor. [ECF 38]. On May 1, 2021 – prior to the filing of the Motion – Richard D. Trenk, Esq. and the undersigned left MSB and formed Trenk Isabel. Trenk Isabel has **not** been retained by the Liquidated Debtor to represent it. Further, it does not appear that the U.S. Trustee served any attorney from MSB with the Motion.

    Thank you for the Court's time and consideration of this matter.

                                                        Respectfully submitted,

                                                        */s/ Robert S. Roglieri*

                                                        Robert S. Roglieri

cc:    Anthony Sodono, III, Esq. (via E-Mail only)
        Sari B. Placona, Esq. (via E-Mail only)
        Mr. Dale Cline (via E-Mail only)
        All Parties in Interest (via ECF only)