UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

K&L Gates LLP
David S. Catuogno, Esq.
One Newark Center, 10th Floor
Newark, New Jersey 07102
(973) 848-4000
David.Catuogno@klgates.com
Counsel for Amazon Web Services, Inc., Creditor

In Re:

Log Storm Security, Inc.,

Debtor

Case No.: 20-12043

Chapter: 11

Hearing Date: _____

Judge: M.B. Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: App. to Appear Pro Hac Vice of Michael Gearin (ECF No.184) and Order Granting App. (ECF No.189) as the representation of Amazon Web Service has concluded.

Date: 1/26/2024

/s/ David S. Catuogno
Signature

*rev.8/1/15*